RECEIVED
IN MONROE, LA

MAR 2 7 2006



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CONNIE DANIEL COLE** | * | CIVIL ACTION NO. 05-2161 |
| **VERSUS** | * | JUDGE JAMES |
| **STATE OF LOUISIANA, LOUISIANA COURT SYSTEM** | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's unopposed Motion to Dismiss (Document No. 7) is hereby **GRANTED, and this matter is dismissed without prejudice for lack of subject matter jurisdiction..**

THUS DONE AND SIGNED this 27 day of March, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION